# Court of Appeals
# of the State of Georgia

ATLANTA,____April 02, 2013_____

*The Court of Appeals hereby passes the following order:*

## A13A1307.  DAVID HEATH v. THE STATE.

David Heath filed this direct appeal from the trial court's order denying his motion to dismiss his indictment on speedy trial grounds.  The state has moved to dismiss the appeal.  The Supreme Court of Georgia recently held that "rulings denying a pre-trial motion for speedy trial" are not directly appealable and that a defendant must follow the interlocutory appeal procedures of OCGA § 5-6-34 (b) to obtain immediate appellate review.  *Sosniak v. State*, 292 Ga. 35, 40 (2) (734 SE2d 362) (2012); see also *Stevens v. State*, 292 Ga. 218 (734 SE2d 743) (2012).  Because Heath failed to follow the required appellate procedure, the state's motion to dismiss is GRANTED and this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/02/2013_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*